**JACOBY & MEYERS ATTORNEYS LLP**
LAURA LYNN DAVIDSON, State Bar No. 209969
    ldavidson@jacobyandmeyers.com
DANIEL COX, State Bar No. 345201
    dcox@jacobyandmeyers.com
JUBIN J. NIAMEHR, State Bar No. 266794
    jn@jacobyandmeyers.com
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Tel: (310) 312-3300 | Fax: (310) 715-8331

Attorneys for Plaintiff BRENDA JOYCE EDWARDS

**UNITED STATES DISTIRCT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA JOYCE EDWARDS, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware Corporation; JAHAN KHAN, an individual; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 2:24-cv-03015-JAM-CSK<br><br>Judge: Hon. John A. Mendez; Hon. Chi Soo Kim<br><br>**ORDER TO REMAND REMOVED ACTION**<br><br>Action Filed: October 31, 2024<br>Trial Date: NOT SET YET |

The Court having reviewed the stipulation and good cause appearing, orders as follows:

Eastern District of California case number 2:24-cv-03015-JAM-CSK is hereby remanded to San Joaquin County Superior Court.

IT IS SO ORDERED.

Dated: November 25, 2024     /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

**CASE NAME: EDWARDS v. WALMART, INC., et al.**
**CASE NUMBER: 2:24-cv-03015-JAM-CSK**

**State of California      )**
**County of Los Angeles    )    ss:**

I am over the age of 18 years, am employed in the aforesaid county and am not a party to the action or proceeding, and my business address is 10900 Wilshire Boulevard, 15th Floor, Los Angeles, California 90024.

On November 25, 2024, I served: **PROPOSED ORDER TO REMAND REMOVED ACTION**, on the interested parties in the action addressed as follows:

| Theordore C. Peters<br>Bessie Mafud<br>O'HAGAN MEYER<br>2615 Pacific Coast Hwy, Suite 300<br>Hermosa Beach, CA 90254<br>tpeters@ohaganmeyer.com<br>bmafud@ohaganmeyer.com<br>dristovski@ohaganmeyer.com<br>jdale@ohaganmeyer.com<br>tventoso-mcewen@ohaganmeyer.com | Attorney for Defendants,<br>WALMART INC. and JAHAN KHAN |
|---|---|

I then served the documents as follows:

✓     **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed above. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. No physical copies will be served.

✓      (Federal) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

     Executed on November 25, 2024, at Los Angeles, California.

_____
Ruby Gonzalez